

Present—Martoche, J.P., Fahey, Carni, Green and Pine, JJ. (Filed Dec. 11, 2009.)

In the Matter of STEFAN D. BERG, for Reinstatement to the Practice of Law in the State of New York. [890 NYS2d 834]—
Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 11, 2009.)

In the Matter of ROBERT S. ERTISCHEK, an Attorney, Resignor. [891 NYS2d 301]—
Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Nov. 20, 2009.)

In the Matter of MICHAEL JAMES MENGEL, an Attorney, Resignor. [891 NYS2d 301]—
Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Nov. 20, 2009.)

In the Matter of CHARLES E. UMHEY, III, an Attorney, Resignor. [891 NYS2d 301]—
Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Nov. 20, 2009.)

In the Matter of MICHAEL T. CULP, an Attorney, Resignor. [891 NYS2d 301]—
Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Nov. 20, 2009.)

In the Matter of RONALD C. POWERS, an Attorney, Resignor. [891 NYS2d 301]—
Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Nov. 20, 2009.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN MOSLEY, Appellant. [891 NYS2d 301]—
Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY HILL, Appellant. [891 NYS2d 302]—
Present—Scudder, P.J., Smith, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRIC W. CLARK, Appellant. [891 NYS2d 302]—
Present—Scudder, P.J., Hurlbutt, Green and Gorski, JJ.